ACCEPTED
15-25-00082-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 4:28 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00082-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/23/2025 4:28:06 PM
CHRISTOPHER A. PRINE
Clerk

STATE OF TEXAS,

*Appellant*,

*v.*

ARITY 875, LLC

*Appellee.*

On Appeal from the 457th Judicial District Court, Montgomery County
Trial Court Cause No. 25-01-00561

## APPELLANT'S UNOPPOSED FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant, State of Texas, ("Appellant") pursuant to Rule 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure files this unopposed first motion to extend time to file Appellant's brief on the merits by 20 days. Appellant respectfully shows the Court the following:

1. Appellant's brief is currently due on June 5, 2025.

2. This is the first request for extension.

3. The undersigned conferred with Appellee's counsel regarding this motion via email on May 20, 2025, and Appellee confirmed on May 23, 2025, it is unopposed.

4. Appellant asks for this extension to fully prepare its brief.

    a. Appellant timely filed its Notice of Appeal on April 30, 2025, in the 457th District Court of Montgomery County.

    b. This Court received the trial court's clerk's record on May 12, 2025.

    c. The district clerk re-filed the record on May 14, 2025, due to readability and formatting errors.

    d. On May 16, 2025, this Court was notified that no reporter's record would be filed.

    e. On May 22, 2024, Appellant submitted a letter to the Court addressing ongoing readability and formatting issues with the clerk's record. Appellant is currently in the process resolving these issues to ensure the record is legible for the Court.

    f. This request for an extension of time is not made for the purpose of delay, but to permit Appellant time to adequately prepare and submit a thorough brief that is helpful to the Court; no party will be prejudiced if it is granted.

## PRAYER

For these reasons, Appellant respectfully requests that its deadline to file Appellant's brief be extended by 20 days to June 25, 2025, and for all other relief to which Appellant may be justly entitled.

**Dated:** May 23, 2025

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**JOHNATHAN STONE**
Chief, Consumer Protection Division

*/s/ Rick Berlin*

**RICK BERLIN** (TX Bar No. 24055161)
**RICHARD MCCUTCHEON** (TX Bar No. 24139547)
**MADELINE FOGEL** (TX Bar No. 24141985)
**DANIEL ZWART** (TX Bar No. 24070906)
**KAYLIE BUETTNER** (TX Bar No. 24109082)
**MEREDITH SPILLANE** (TX Bar No. 24131685)
Assistant Attorneys General
**OFFICE OF THE ATTORNEY GENERAL**
Consumer Protection Division
808 Travis Street, Suite 1520
Houston, Texas 77002
Tel: (713) 223-5886
Fax: (713) 223-5821
Rick.Berlin@oag.texas.gov
Richard.McCutcheon@oag.texas.gov
Madeline.Fogel@oag.texas.gov
Daniel.Zwart@oag.texas.gov
Kaylie.Buettner@oag.texas.gov
Meredith.Spillane@oag.texas.gov

**ATTORNEYS FOR APPELLANT,
THE STATE OF TEXAS**

3

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I have conferred with Kelsey Harclerode, attorney for Appellee Arity 875, LLC, who indicated that this motion is unopposed.

/s/ Rick Berlin
RICK BERLIN

## CERTIFICATE OF SERVICE

I certify that on May 23, 2025, the foregoing was electronically served, via the Court's electronic filing system, on all defendants, by and through their attorneys:

W. Reid Wittliff
WITTLIFF CUTTER PLLC
510 Baylor St.
Austin, TX 78703
Tel: (512) 960-4866
Email: reid@wittliffcutter.com

Jake Sommer
Kelsey Harclerode
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, D.C. 20036
Tel: (202) 296-3585
Email: jake@zwillgen.com
kelsey@zwillgen.com

Sudhir V. Rao `
ZWILLGEN PLLC
183 Madison Ave., Suite 1504
New York, NY 10016
Tel: (646) 362-5590
Email: sudhir.rao@zwillgen.com

*Attorneys for Defendants*

/s/ Rick Berlin
RICK BERLIN

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Zoann Willis on behalf of Richard Berlin
Bar No. 24055161
zoann.willis@oag.texas.gov
Envelope ID: 101230726
Filing Code Description: Motion
Filing Description: 20250523 Motion to Extend Time  FINAL
Status as of 5/23/2025 4:33 PM CST

Associated Case Party: State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rick Berlin | | Rick.Berlin@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Daniel Zwart | | Daniel.Zwart@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Kaylie Buettner | | Kaylie.Buettner@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Meredith Spillane | | Meredith.Spillane@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Zeilic Contreras | | Zeilic.Contreras@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Carlos Fernandez | | Carlos.Fernandez@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Madeline Fogel | | madeline.fogel@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |
| Richard RMcCutcheon | | richard.mccutcheon@oag.texas.gov | 5/23/2025 4:28:06 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Hung | | johung@winston.com | 5/23/2025 4:28:06 PM | SENT |
| Eric Shinabarger | | EShinabarger@winston.com | 5/23/2025 4:28:06 PM | SENT |
| W. Reid Wittliff | | reid@wittliffcutter.com | 5/23/2025 4:28:06 PM | SENT |
| Jake Sommer | | jake@zwillgen.com | 5/23/2025 4:28:06 PM | SENT |
| Kelsey Harclerode | | kelsey@zwillgen.com | 5/23/2025 4:28:06 PM | SENT |
| Sudhir V. Rao | | sudhir.rao@zwillgen.com | 5/23/2025 4:28:06 PM | SENT |
| Sean Wieber | | swieber@winston.com | 5/23/2025 4:28:06 PM | SENT |
| Kevin Simpson | | kpsimpson@winston.com | 5/23/2025 4:28:06 PM | SENT |